UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 20-243 (3) (JRT/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| ISAIAH STACY ALSTAD, | |
| Defendant. | |

---

Benjamin Bejar, Thomas Calhoun-Lopez, Quinn Hochhalter, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

George R Dunn, **TILTON DUNN GROSS P.L.L.P.,** 101 East Fifth Street, Suite 2220, Saint Paul, MN 55101, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer, and after an independent review of the files, records, and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that**:**

1. Defendant's Motion for Severance [ECF No. 154] is **DENIED WITHOUT PREJUDICE**; and

2. Defendant's Motion to Dismiss Counts 8 and 10 [ECF No. 155] is **DENIED**.

Dated: March 23, 2022
at Minneapolis, Minnesota

s/ John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court
